IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES MITCHELL, ID # 0908322 ), | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:10-CV-0030-K |
| | ) | |
| ROEL CERVANTES, et. al, | ) | |
| Defendants. | ) | Pretrial Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Defendants' Objections to the Magistrate Judge's Findings and Conclusions and Recommendations, filed on October 25, 2010, are hereby **OVERRULED**.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** *Defendants' Motion for Summary Judgment on the Issue of Qualified Immunity*, filed April 23, 2010, (doc. 22), and Plaintiff's *Motion to Suppress Medical Records*, filed June 29, 2010, (doc. 30).

**SIGNED** this 2nd day of November, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE